IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SABRINA H.,
         Plaintiff,                       Civil No. 2:25-cv-11634

v.

FRANK BISIGNANO,              Honorable Elizabeth A. Stafford
COMMISSIONER                United States Magistrate Judge
OF SOCIAL SECURITY,
         Defendant.

_____/

## J U D G M E N T

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REVERSED and REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                                 s/Elizabeth A. Stafford_____
                                 Honorable Elizabeth A. Stafford
Date:  March 13, 2026          United States Magistrate Judge